## UNITED STATES v. PARAMOUNT PICTURES, Inc., et al.

District Court, S. D. New York.
Feb. 2, 1940.

John T. Cahill, of New York City, Thurman Arnold, Asst. Atty. Gen., Paul Williams, Robert L. Wright, John F. Clagett, J. Stephen Doyle, and Thomas Lynch, Sp. Assts. to Atty. Gen., Seymour Krieger, Sp. Atty., of Washington, D. C., J. Frank Cunningham, Sp. Atty., Seymour Simon, Sp.

Atty., and William P. Farnsworth, Sp. Atty., of New York City, for the United States.

Schwartz & Frohlich, of New York City, for defendant Columbia Pictures Corporation.

BONDY, District Judge.

The motion to vacate the notice of examination is denied. It is directed that the examination of Harry Cohn take place in Los Angeles, California, unless he is in or comes to New York, in which event the deposition may be taken in New York.

An affidavit has just been submitted to the court indicating that Mr. Cohn is now in New York. If this is so, he must submit to the examination in New York as stated in the notice of examination.